IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TONY CHOY YOUNG and
SHELLY DAWN CARTER,
husband and wife,

    Plaintiffs,

v.                                         CASE NO. 1:09-cv-00266-SPM-GRJ

UNITED STATES OF AMERICA,

    Defendant.
_____ /

## O R D E R

Pending before the Court is Plaintiffs' Unopposed Motion To Extend Expert Witness Disclosures. (Doc. 12.) Plaintiffs request the Court to enter an order extending the deadlines for disclosure of expert witnesses to coincide with the discovery, mediation and trial dates established in the Scheduling Order For Discovery, Mediation And Trial. (Doc. 11.) Pursuant to Local Rule 7.1(B) Plaintiffs represent that Defendant does not object to the requested extension.

Accordingly, it is **ORDERED**:

(1)     Plaintiffs' Unopposed Motion To Extend Expert Witness Disclosures (Doc. 12) is **GRANTED**.

(2)     Plaintiffs' Rule 26(a)(2) expert witness disclosures shall be due by **March 20, 2011** and Defendant's Rule 26(a)(2) expert witness disclosures shall

be due by **May 5, 2011.**

**DONE AND ORDERED** this 22nd day of December, 2010.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge