IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TONY CHOY YOUNG and
SHELLY DAWN CARTER,
husband and wife,

      Plaintiffs,

v.                                 CASE NO. 1:09-cv-00266-SPM-GRJ

UNITED STATES OF AMERICA,

      Defendant.
_____ /

## O R D E R

Pending before the Court is Plaintiffs' Unopposed Motion To Extend Expert

Witness Disclosures.  (Doc. 14.)  Plaintiffs request an extension of the deadlines for the

parties to provide their respective Rule 26(a)(2) disclosures of expert witness reports.

Plaintiffs represent that Defendant's counsel was contacted pursuant to Local Rule

7.1(B) and that Defendant does not object to the requested relief.

Upon due consideration, Plaintiffs' Unopposed Motion To Extend Expert Witness

Disclosures (Doc. 14) is **GRANTED**.  Plaintiffs shall serve their Rule 26(a)(2) expert

witness disclosures by **July 20, 2011** and Defendant shall serve its Rule 26(a)(2) expert

witness disclosures by **August 5, 2011.**

**DONE AND ORDERED** this 22nd day of March, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge