IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TONY CHOY YOUNG and
SHELLY DAWN CARTER,
husband and wife,

    Plaintiffs,

v.                                CASE NO. 1:09-cv-00266-SPM-GRJ

UNITED STATES OF AMERICA,

    Defendant.
_____/

## O R D E R

Pending before the Court is Plaintiffs' Unopposed Amended Motion To Extend Expert Witness Disclosures. (Doc. 17.) This Court previously entered an Order enlarging the deadline for Plaintiffs to provide their Rule 26(a)(2) disclosures of expert witnesses until July 20, 2011 and for Defendant to do the same by August 5, 2011. (Doc. 16.) Plaintiffs represent they inadvertently requested an enlargement of Defendant's deadline to August 5, 2011 instead of September 5, 2011. Plaintiffs represent that Defendant's counsel was contacted pursuant to Local Rule 7.1(B) and that Defendant does not object to the requested relief.

Upon due consideration, Plaintiffs' Unopposed Amended Motion To Extend Expert Witness Disclosures (Doc. 17) is **GRANTED**. Defendant shall serve its Rule 26(a)(2) expert witness disclosures by **September 5, 2011.**

**DONE AND ORDERED** this 28th day of March, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge