IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TONY CHOY YOUNG, et al.,

    Plaintiffs,

vs.                                     CASE NO.: 1:09-CV-266-SPM

UNITED STATES OF AMERICA,

    Defendant.

_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court upon the Plaintiffs' Notice of Settlement (doc. 19). Pursuant to Northern District of Florida Local Rule 16.2(D), it is hereby ORDERED AND ADJUDGED:

    1.     This case is hereby *dismissed*.

    2.     The Court shall retain jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this twenty-third day of May, 2011.

                                          *s/ Stephan P. Mickle*
                                          Stephan P. Mickle
                                          Chief United States District Judge